FILED 04 MAY '21 16:14 USDC-ORP

# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-_151  HZ_ |
| v. | INDICTMENT |
| ALMA RAVEN-GUIDO, | 18 U.S.C. §§ 844(i) and 2 |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Arson)
(18 U.S.C. §§ 844(i) and 2)

On or about April 13, 2021, in the District of Oregon, defendant **ALMA RAVEN-GUIDO**, maliciously damaged, and attempted to damage, by means of fire and an explosive, a building and real property, namely the Portland Police Association building, located at 1868

North Lombard Street, Portland, Oregon, and said building was used in interstate commerce and in activity affecting interstate commerce;

In violation of Title 18, United States Code, Sections 844(i) and 2.

Dated: May 4, 2021

A TRUE BILL.

███████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

_(signature)_

CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

_(signature)_

JACLYN J. JENKINS, OSB #092058
Assistant United States Attorney