

Government's Exhibit A