

**Government's Exhibit B**