

**Government's Exhibit C**