**Lauren C. Regan**, OSB # 970878
Email: lregan@cldc.org
**Sarah Alvarez**, OSB # 182999
Email: salvarez@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1430 Willamette Street, #359
Eugene, OR  97402
Telephone:  541.687.9180
Fax: 541.804.7391
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALMA RAVEN-GUIDO<br><br>    Defendant. | Criminal Case No: 3:21-cr-00151-HZ-1<br><br>**DEFENDANT'S WAIVER OF SPEEDY TRIAL** |

Defendant, Alma Raven-Guido, hereby gives notices that they knowingly, voluntarily, and expressly waive their rights pursuant to Title l8, United States Code, Section 3161(c)(1), to go to trial within seventy (70) days after the Indictment in this case was made a public filing on May 6, 2021, to include additional time for trial through January 13, 2023.

Undersigned counsel has advised Alma Raven-Guido of their rights under the Speedy Trial Act and they agree that this waiver results in excludable delay pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (h)(1)(B), including until January 13, 2023, under the Act.

Page 1—DEFENDANT'S WAIVER OF SPEEDY TRIAL

Consented to this 1st day of November, 2022.

                        */s/ Alma Raven-Guido*
                        Alma Raven-Guido

Respectfully submitted on this 1st day of November, 2022.

                        */s/ Lauren C. Regan*
                        Lauren Regan

                        The Civil Liberties Defense
                        Center Oregon State Bar #970878
                        Civil Liberties Defense
                        Center 1430 Willamette St.
                        #359
                        Eugene, Oregon 97401
                        541.687.9180
                        lregan@cldc.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing

DEFENDANT'S SPEEDY TRIAL WAIVER with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the parties on record.

*/s/ Lauren C. Regan*
Lauren Regan

The Civil Liberties Defense Center Oregon State Bar #970878
Civil Liberties Defense Center 1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180
lregan@cldc.org

Page 3—DEFENDANT'S WAIVER OF SPEEDY TRIAL